UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:09-CR-15-1-F

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| KENYATTA SYKES, | ) | |
| Defendant. | ) | |

For good cause having been shown upon the Motion of the Plaintiff, it is hereby ordered that the U.S. District Court Clerk credit the Defendant's account in the amount of $2,500.00 paid in restitution to the Halifax County Sheriff's Department stemming from seized funds of the Defendant.

SO ORDERED.

This 4th day of October, 2010.

*JAMES C. FOX*
Senior United States District Judge