UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:09-CR-15-F
No. 4:11-CV-104-F

| | | |
|---|---|---|
| KENYATTA SYKES, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER TO SEAL |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

For good cause shown, Respondent's Motion to Seal Respondent's Memorandum in Support of the Motion to Dismiss and Respondent's Memorandum in Support of the Motion to Seal in the above-captioned case is hereby GRANTED. The Clerk's Office is directed to place Respondent's Memorandum in Support of Respondent's Motion to Dismiss and Respondent's Memorandum in Support of the Motion to Seal under seal, except that copy of the same is issued to Respondent.

SO ORDERED.

This 2d day of August, 2011.

_James C. Fox_
JAMES C. FOX
SENIOR UNITED STATES DISTRICT JUDGE