UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:09-CR-15-F

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| KENYATTA SYKES, | ) | |
| Defendant. | ) | |

This matter is before the court on the Government's motion to seal portions of the sentencing hearing transcript [DE-93] and the motion to seal docket entry 93 [DE-94]. For good cause shown, the motions are ALLOWED and it is hereby ORDERED that the sentencing hearing transcript be redacted as provided in the Government's motion [DE-93] and that the Clerk of Court maintain docket entry 93 under seal. The Clerk of Court is DIRECTED to provide a copy of this order to the court reporter.

SO ORDERED.

This the 6 day of January, 2014.

James C. Fox
JAMES C. FOX
Senior United States District Judge