IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:09-CR-00015-F-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| KENYATTA SYKES, | ) | |
| Defendant. | ) | |

This matter is before the court on Kenyatta Sykes' Motion for Reduction of Sentence [DE-111]. In his motion, Sykes requests that this court hold an evidentiary hearing to determine the quantity of crack cocaine attributable to him. Sykes contends that there is insufficient evidence in the Presentence Report to support the quantity of crack and cocaine, and the record contains too much ambiguity on the issue.

Because it appears Sykes is attacking the validity of his sentence, the appropriate avenue to bring this challenge is by way of a § 2255 motion[1]. To the extent that Sykes seeks to file a § 2255 motion, he must file it on the appropriate form. The Clerk of Court hereby is DIRECTED to send a copy of the appropriate § 2255 form to Sykes. If Sykes elects to pursue a § 2255 motion, he shall have twenty-eight days within which to file his motion on the appropriate § 2255 form provided by the Clerk. Sykes should send the original of the § 2255 form to the following address:

---

[1] Title 28 Section 2255 states four grounds upon which such relief may be claimed: (1) that the sentence was imposed in violation of the Constitution or laws of the United States; (2) that the court was without jurisdiction to impose such sentence; (3) that the sentence was in excess of the maximum authorized by law; or (4) that the sentence is otherwise subject to collateral attack. 28 U.S.C. § 2255(a).

Clerk of Court
United States District Court, E.D.N.C.
ATTN: Prisoner Litigation Division
P.O. Box 25670
Raleigh, North Carolina 27611

SO ORDERED.

This 11th day of September 2014.

*James C. Fox*
JAMES C. FOX
SENIOR UNITED STATES DISTRICT JUDGE