IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:09-CR-00015-F-1

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| KENYATTA SYKES, | ) | |
| Defendant. | ) | |

This matter is before the court on Kenyatta Sykes' August 12, 2014 letter motion [DE-110]. In his letter motion, Sykes requests: (1) a status update on his February 25, 2013 letter motion to this court, and (2) amendments to his Presentence Report to disclose the name of Source 1.

This court did not receive a letter motion from Sykes on or around February 25, 2013; thus, the court is unable to provide Sykes with a status update. With respect to his request to amend his Presence Report, this request must be denied because Sykes' Presentence Report was adopted by this court at his sentencing held on November 12, 2009, and Sykes has failed to show that disclosure of the name of Source 1 is warranted. Accordingly, Sykes' August 12, 2014 letter motion [DE-110] is DENIED.

SO ORDERED.

This 6th day of October 2014.

JAMES C. FOX
SENIOR UNITED STATES DISTRICT JUDGE