IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:09-CR-00015-F-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| KENYATTA SYKES, | ) | |
| Defendant. | ) | |

This matter is before the court on Kenyatta Sykes' Motion for Reconsideration and For Other Relief [DE-117]. In his motion, Sykes request that this court reconsider its September 11, 2014 Order [DE-114] and grant his request for an evidentiary hearing.

In the court's September 11, 2014 Order, it was noted that Sykes was attacking the validity of his sentence and that the appropriate avenue to bring his challenge is by way of a motion pursuant to 28 U.S.C. § 2255. Following a review of the record and the court's September 11, 2014 Order, the court finds that the September 11, 2014 Order adequately sets forth the rationale for the conclusion that Sykes' challenges are more appropriately raised in a § 2255 motion. Additionally, the court sees no meritorious reason to disturb its ruling. For these reasons, Sykes' Motion for Reconsideration and For Other Relief [DE-117] is DENIED.

SO ORDERED.

This 6 day of October 2014.

James C. Fox
JAMES C. FOX
SENIOR UNITED STATES DISTRICT JUDGE