IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:09-CR-00015-F-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| KENYATTA SYKES, | ) | |
| Defendant. | ) | |

This matter is before the court on Kenyatta Sykes' Motion for Reconsideration and For Other Relief [DE-118]. In his motion, Sykes requests that this court reconsider its September 11, 2014 Order [DE-115], in which his motion to compel discovery was addressed.

In the court's September 11, 2014 Order [DE-115], the court held that because Sykes did not have a pending § 2255 motion before this court, his motion to compel discovery from the Government in preparation for a § 2255 motion was DENIED without prejudice to renew should he have a § 2255 motion that passes the court's initial review. Following a review of the record and the court's September 11, 2014 Order, the court finds that the September 11, 2014 Order adequately sets forth the rationale for denying Sykes' motion to compel. The court sees no meritorious reason to disturb its ruling. Accordingly, Sykes' Motion for Reconsideration and For Other Relief [DE-118] is DENIED.

SO ORDERED.

This __6__ day of October 2014.

_____
JAMES C. FOX
SENIOR UNITED STATES DISTRICT JUDGE