IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:09-CR-00015-F-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| KENYATTA SYKES, | ) | |
| Defendant. | ) | |

This matter is before the court on Kenyatta Sykes' Motion to Amend Reconsideration Motion and For Other Relief [DE-122]. In his motion, Sykes continues to contest the drug weight attributable to his conduct and argues that this court's record on the matter is "at best, ambiguous." [DE-122 at 2.]

Because Sykes continues to attack the validity of his sentence, Sykes is advised that to the extent he seeks to file a § 2255 motion, he must file it on the appropriate form. The Clerk of Court hereby is DIRECTED to send Sykes yet another copy of the appropriate § 2255 form. Sykes should send the original of the completed § 2255 form to the following address:

Clerk of Court
United States District Court, E.D.N.C.
ATTN: Prisoner Litigation Division
P.O. Box 25670
Raleigh, North Carolina 27611

SO ORDERED.

This 7 day of October 2014.

JAMES C. FOX
SENIOR UNITED STATES DISTRICT JUDGE