IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:09-CR-00015-F-1

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER** |
| | ) | **(SEALED)** |
| KENYATTA SYKES | ) | |

This matter is before the court on Defendant Kenyatta Sykes's Renewed Motion to Seal [DE-146]. For good cause shown, the motion is ALLOWED. The Clerk of Court is DIRECTED to file and to maintain under seal the document [DE-143].

SO ORDERED.

This, the 6 day of October, 2015.

/s/ James C. Fox
JAMES C. FOX
Senior United States District Judge