IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:09-CR-15-F-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| KENYATTA SYKES | ) | |

    This matter is before the court on Defendant Kenyatta Sykes's Motion to Reconsider Petitioner's Motion for Reduction of Sentence [DE-143]. The court needs additional information from the government before deciding this motion. The court DIRECTS the government to provide supplemental briefing, generally, on its policy for objecting to motions for reduction of sentence brought pursuant to U.S.S.G. Amendment 782, and specifically, how the government applied that policy in the present case. By way of further guidance, the court wishes to know whether the government objects any and every time a defendant has a post-sentencing infraction while in prison, or whether the government evaluates each individual case in choosing whether or not to object. If the latter, the court wishes to know what level of infraction calls for an objection to a motion for reduction of sentence.

    SO ORDERED.

This, the 6 day of November, 2015.


_____
JAMES C. FOX
Senior United States District Judge